B. Altman & Co. *v.* United States

No. 6704.—Invoice dated London, England, April 1943.
        Entered at New York, N. Y., May 10, 1943.
        Entry No. 726597.

(Decided January 6, 1947)

*Marlow & Hines* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Keefe, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry becaus : of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

Jay Willfred Co., Inc., et al. *v.* United States

No. 6705.—Invoices dated Birmingham, England, July 1943, etc.
        Certified July 1943, etc.
        Entered at New York, N. Y., August 11, 1943, etc.
        Entry No. 704489, etc.

(Decided January 6, 1947)

*Siegel, Mandell & Davidson* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Keefe, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.